IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

UNITED STATES OF AMERICA,     Plaintiff

v.     CIVIL ACTION NO. 4:21CV143-DMB-DAS

MISSISSIPPI CONFERENCE OF BLACK MAYORS,     Defendant

## **DEFAULT JUDGMENT**

It appearing by the affidavit of counsel for the Plaintiff that the Defendant has failed to appear, plead or otherwise defend as provided in the Federal Rules of Civil Procedure, the Defendant default is hereby entered.

A default having been entered against the Defendant and counsel for the Plaintiff having requested judgment against the defaulted Defendant and having filed a proper affidavit all in accordance with Rule 55 of Federal Rules of Civil Procedure, judgment is rendered in favor of the Plaintiff, United States of America, and against the Defendant, MISSISSIPPI CONFERENCE OF BLACK MAYORS, in the amount of $172,151.92, plus interest to accrue at a rate of 1.00 percent until the date of judgment and interest to accrue at the legal rate pursuant to 28 U.S.C. ' 1961(a), to be computed daily and compounded annually, from the date of judgment until paid in full, a $400.00 filing fee pursuant to 28 U.S.C. ' 2412(a)(2) and all future costs.

This the    10th    day of    March   , 2022.

DAVID CREWS, Clerk

By    s/ Jennifer L. Adams
Deputy Clerk